IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RICKY LEWIS WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-023 |
| | ) | |
| PHILLIP HALL; RODNEY MCLEOD; | ) | |
| ROBERT TOOLE; JILL CRAVY; | ) | |
| WILLIAM DANFORTH; FRED | ) | |
| GAMMAGE; TERENCE KILPATRICK; | ) | |
| and ZACKERY MIXION, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 22.) Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims for deliberate indifference to his safety for failure to state a claim, **DISMISSES** Defendants Phillip Hall, Rodney McLeod, Robert Toole, William Danforth, Fred Gammage, Terence Kilpatrick, and Zackery Mixion from this case, and **DENIES** Plaintiff's motion for a preliminary injunction, (doc. no. 15). The case shall proceed based on Plaintiff's allegations of deliberate indifference raised against Defendant Cravy, as described in the Magistrate Judge's

November 6, 2019 Order.

SO ORDERED this 3rd day of January, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE