FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 MAR 12 PM 3: 06
CLERK M. Culm
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RICKY LEWIS WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-023 |
| | ) | |
| JILL CRAVY, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 36.) Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion to dismiss, (doc. no. 26), **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this _12th_ day of March, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE