# United States District Court
## Southern District of Georgia

RICKY LEWIS WILSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 319-023

JILL CRAVEY,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 12, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion and Plaintiff's objections are OVERRULED; therefore, Defendant's Motion to Dismiss is hereby GRANTED. This case is DISMISSED and this civil action stands CLOSED.

03/12/2020
*Date*

Scott L. Poff
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk